ANTHONY H. MASON
Chapter 7 Trustee
1850 N CENTRAL AVENUE SUITE 930
PHOENIX, ARIZONA 85004
(602) 808-7770

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SCATES CONSULTING/MACHINERY, INC. | ) ) | Case No. 2:08-bk-06486-GBN |
| | ) | PETITION TO PAY DIVIDEND |
| | ) | IN AMOUNT LESS THAN $5.00 |
| | ) | TO THE CLERK OF THE |
| Debtor. | ) | U.S. BANKRUPTCY COURT |

ANTHONY H. MASON, Trustee, reports that the following dividends in amounts less than $5.00 were declared, and pursuant to Bankruptcy Rule 3010 requests that such dividends not be distributed to creditors, but that they be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 2 | SOUTHWEST GAS<br>P.O. BOX 52075<br>PHOENIX, AZ 85072 | $1.63 |
| 3 -2 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET & LEE<br>P.O. BOX 3001<br>MALVERN, PA 19355-0701 | $0.82 |
| 4 -2 | AMERICAN EXPRESS BANK FSB<br>c/o BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | $3.74 |

| | SCATES CONSULTING/MACHINERY, INC.<br>#2:08-bk-06486-GBN | | PETITION TO PAY DIVIDEND IN AMOUNT LESS THAN<br>$5.00 TO THE CLERK OF THE US BANKRUPTCY COURT |
|---|---|---|---|

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 14 | WISEWAY TRANSPORTATION<br>NW5182<br>P.O. BOX 1450<br>MINNEAPOLIS, MN 55485 | $2.27 |
| 17 | XO COMMUNICATIONS, INC<br>ATTN: BRAD LEE<br>105 MOLLOY ST, SUITE 300<br>NASHVILLE, TN 37201 | $3.41 |
| 18 | SENTRY INSURANCE CO<br>1800 N. POINT DR<br>STEVENS POINTS, WI 54481 | $3.44 |
| 19 | IEC SUPPLY<br>1455 W. 12TH PLACE<br>TEMPE, AZ 85281 | $0.23 |
| 24 | ABF FREIGHT<br>1305 NORTH 27TH AVENUE<br>PHOENIX, AZ 85009 | $2.08 |
| 25 | BRECK'S TRANSPORTATION<br>6745 S. WASHINGTON AVENUE<br>WHITTIER, CA 90601 | $1.19 |
| 27 | SCF ARIZONA<br>3030 N 3RD STREET<br>PHOENIX, AZ 85012 | $2.64 |

DATED this 29th day of April 2011.

/s/ Anthony H. Mason
ANTHONY H. MASON, TRUSTEE